**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DIVISION OF TENNESSEE**
**WESTERN DIVISION**

FILED BY _LY_ D.C.

05 DEC 19 PM 2: 49

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS

| | | |
|---|---|---|
| **TERESKA DAVIS,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **NO. 05-2395-D/V** |
| | ) | |
| **UNIVERSITY OF TENNESSEE** | ) | |
| **HEALTH SCIENCE CENTER,** | ) | |
| | ) | |
| **Defendant.** | ) | |

SCHEDULING ORDER

Pursuant to written notice, a scheduling conference was held December 19, 2005. Present

by telephone conference were Tereska Davis, Plaintiff, *pro se*, and Devon L. Gosnell, counsel for

Defendant. At the conference, the following dates were established as the final dates for:

1.     Initial Disclosures pursuant to Fed.R.Civ.P. 26(a)(1):  **January 13, 2006**

2.     Joining Parties:  **February 17, 2006**

3.     Amending Pleadings: **February 17, 2006**

4.     Initial Motions to Dismiss: **April 3, 2006**

5.     Completing all discovery: **August 11, 2006**

    (a)     Document production: **August 11, 2006**

    (b)     Depositions, Interrogatories and Requests for Admissions: **August 11, 2006**

    (c)     Expert witness disclosure (Rule 26):

        (1)     Disclosure of Plaintiff's Rule 26 Expert: **May 31, 2006**
                                             *Informatio*

        (2)     Disclosure of Defendant's Rule 26 Expert: **June 30, 2006**
                                             *Information:*

        (3)     Deadline for Expert Witness depositions: **August 11, 2006**

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on _____

6.    Filing Dispositive motions: **September 8, 2006**

OTHER RELEVANT MATTERS:

No depositions may be scheduled to occur after the discovery cutoff date. All motions, requests for admissions, or other filings that require a response must be filed sufficiently in advance of the discovery cutoff date to enable opposing counsel to respond by the time permitted by the Rules prior to that date.

Motions to compel discovery are to be filed and served by the discovery deadline or within 30 days of the default or the service of the response, answer, or objection, which is the subject of the motion, if the default occurs within 30 days of the discovery deadline, unless the time for filing of such motion is extended for good cause shown, or the objection to the default, response, answer, or objection shall be waived.

This case is set for jury trial, and the trial is expected to last 2 day(s). The pretrial order date, pretrial conference date, and trial date will be set by the presiding judge.

This case is appropriate for ADR. The parties are directed to engage in court-annexed attorney mediation or private mediation after the close of discovery.

The parties are reminded that pursuant to Local Rule 11(a)(1)(A), all motions, except motions pursuant to Fed. R. Civ. P. 12, 56, 59, and 60 shall be accompanied by a proposed order.

The opposing party may file a response to any motion filed in this matter. Neither party may file an additional reply, however, without leave of the court. If a party believes that a reply is necessary, it shall file a motion for leave to file a reply accompanied by a memorandum setting forth the reasons for which a reply is required.

The parties have not consented to trial before the magistrate judge.

This order has been entered after consultation with trial counsel pursuant to notice. Absent good cause shown, the scheduling dates set by this order will not be modified or extended.

IT IS SO ORDERED.

DIANE K. VESCOVO
UNITED STATES MAGISTRATE JUDGE
DATE: December 19, 2005

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# **Notice of Distribution**

This notice confirms a copy of the document docketed as number 7 in case 2:05-CV-02395 was distributed by fax, mail, or direct printing on December 20, 2005 to the parties listed.

Tereska Davis
1775 Nelson Avenue
Memphis, TN 38114

Devon L. Gosnell
UNIVERSITY OF TENNESSEE
719 Andy Holt Tower
Knoxville, TN 37996--017

Honorable Bernice Donald
US DISTRICT COURT