IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 DEC 29 AM 7: 34

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

TERESKA DAVIS,

   Plaintiff,

vs.

UNIVERSITY OF TENNESSEE
HEALTH SCIENCE CENTER,

   Defendant.

No. 05-2395-D/V

---

## ORDER DENYING SECOND MOTION FOR APPOINTMENT OF COUNSEL

On December 19, 2005, plaintiff filed a second motion for appointment of counsel. (Docket entry no. 9)  Plaintiff alleges that she has contacted one lawyer who has declined to represent her.

A district court is vested with broad discretion in determining whether to appoint counsel for an indigent civil litigant.  See Lavado v. Keohane, 992 F.2d 601, 604-05 (6th Cir. 1993).  Notably, however, appointment of counsel in a civil case is not a constitutional right, and courts generally do not appoint counsel in a civil case absent a showing of "exceptional circumstances."  Id. at 605-06.  In determining whether an appointment is warranted, courts evaluate the type of case, the complexity of the factual and legal issues involved, and the ability of the litigant to represent himself.  See id. at 606; Kilgo v. Ricks, 983 F.2d 189, 193 (11th Cir. 1993)("The key [for determining whether exceptional circumstances exist] is whether the

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on _____

pro se litigant needs help in presenting the essential merits of his or her position to the court. Where the facts and issues are simple, he or she usually will not need such help.").

The Court concludes that an appointment of counsel is not warranted. The allegations contained in this motion are not sufficient to demonstrate that Davis lacks the ability to investigate, prepare, or present her case. Accordingly, Davis' second motion for appointment of counsel (docket entry no. 9) is denied.

IT IS SO ORDERED this _28_ day of December, 2005.

BERNICE B. DONALD
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 11 in
case 2:05-CV-02395 was distributed by fax, mail, or direct printing on
December 29, 2005 to the parties listed.

---

Tereska Davis
1775 Nelson Avenue
Memphis, TN 38114

Devon L. Gosnell
UNIVERSITY OF TENNESSEE
719 Andy Holt Tower
Knoxville, TN 37996--017

Honorable Bernice Donald
US DISTRICT COURT